WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DAVID A. FRENZNICK (SBN 125133)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Real Party in Interest
MATTLE'S WELDING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MATTLE'S WELDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTERN SURETY COMPANY; NEW LIFE ENVIRONMENTAL, INC. dba SPARTAN FILTRATION; and DOES 1 through 5, inclusive, <br><br> Defendant. | Case No. 2-06-CV-01331 WBS-PAN <br><br> **[PROPOSED] ORDER ALLOWING PUBLICATION OF SUMMONS** |

Upon reviewing and considering the Application of Real Party in Interest MATTLE'S WELDING, INC. for an Order directing the publication of summons against Defendant NEW LIFE ENVIRONMENTAL, INC. dba SPARTAN FILTRATION, and the evidence presented in support thereof, and it satisfactorily appearing to the Court that said Defendant cannot be served with reasonable diligence in any other manner provided in Sections 415.10 through 415.30 of the Code of Civil Procedure, and it also appearing that a valid cause of action exists against said Defendant, and being fully advised,

IT IS HEREBY ORDERED THAT

1.   Service of Summons in this action be made on Defendant NEW LIFE ENVIRONMENTAL, INC. dba SPARTAN FILTRATION by publication in the *Press-*

PDF created with pdfFactory trial version www.pdffactory.com

1  *Enterprise*, a newspaper of general circulation published in Riverside, California, which is hereby
2  designated as the newspaper most likely to give actual notice to said Defendant; and that said
3  publication be made at least once a week for four successive weeks; and
4     2.   A copy of the Summons and of the Complaint (and associated documents) and of
5  the Order for Publication be mailed to Defendant NEW LIFE ENVIRONMENTAL, INC. dba
6  SPARTAN FILTRATION at its last known address forthwith.
7  Dated:  November 22, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

251249.1

PDF created with pdfFactory trial version www.pdffactory.com