**HEFNER, STARK & MAROIS, LLP**
Michael R. Williams (CA Bar Assn. No. 186079)
Howard S. Nevins (CA Bar Assn. No. 119366)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127

Attorneys for Defendant
WESTERN SURETY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO)

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MATTLE'S WELDING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN SURETY COMPANY; NEW LIFE ENVIRONMENTAL, INC., dba SPARTAN FILTRATION; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.:2-06-CV-01331-WBS-EFB <br><br> **STIPULATION AND ORDER AMENDING DISCOVERY DEADLINES** |

The parties in this action, by and through their attorneys of record, hereby stipulate and agree as follows:

1. All non-expert discovery, including motions to compel non-expert discovery, shall be completed by July 6, 2007.

2. The parties shall disclose experts and produce reports on or before August 10, 2007.

3. Rebuttal expert witness disclosure and production of reports, if any, shall be completed by September 7, 2007.

4. All expert discovery, including but not limited to motions to compel expert discovery, shall be completed by November 2, 2007.

1

Mattle's Welding, Inc. Vs. Western Surety, et al.
Case No. 2-06-CV-01331-WBS-EFB

Stipulation and Order Amending Discovery Deadlines
G:\DOCS\EFB\Thinkle\Orders\06cv1331.stipo.0412.wpd

HEFNER, STARK & MAROIS, LLP
Sacramento, California

Dated: March 27, 2007     HEFNER, STARK & MAROIS, LLP

By  <u>signature on original</u>
Michael R. Williams
Attorneys for WESTERN SURETY COMPANY

Dated: March __, 2007     WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By  <u>signature on original</u>
Daniel L. Baxter
Attorneys for MATTLE'S WELDING, INC.

**ORDER**

IT IS SO ORDERED.

Dated: April 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

Mattle's Welding, Inc. Vs. Western Surety, et al.     Stipulation and Order Amending Discovery Deadlines
Case No. 2-06-CV-01331-WBS-EFB     G:\DOCS\EFB\Thinkle\Orders\06cv1331.stipo.0412.wpd